

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2014

No. 04-14-00398-CV

Alma L. **GOMEZ** and Alberto F. Gomez,
Appellants

v.

**HONDA MOTOR CO.**, LTD., Et al.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-02-26254-MCV
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellants' brief was due to be filed with this court on August 4, 2014. On July 21, 2014, Appellants filed an unopposed first motion for a twenty day extension of time to file their brief until August 25, 2014.

Appellant's motion is GRANTED. Appellant must file its brief with this court by August 25, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court